TFH: USAO 2020R00049

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | CRIMINAL NO. PX 20cr0029 |
| | * | |
| **ANTHONY MICHAEL MILEO,** | * | (Transportation of Child Pornography, |
| | * | 18 U.S.C. § 2252A(a)(1); Forfeiture, |
| **Defendant** | * | 18 U.S.C. § 2253, 21 U.S.C. § 853, |
| | * | 28 U.S.C. § 2461(c)) |
| | * | |

*******

### INDICTMENT

FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

### COUNT ONE
**(Transportation of Child Pornography)**

JAN 2 2 2020

The Grand Jury for the District of Maryland charges that:

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

On or about May 28, 2019, in the District of Maryland and elsewhere, the defendant,

BY _____ DEPUTY

**ANTHONY MICHAEL MILEO,**

did knowingly transport any child pornography, as defined in 18 U.S.C. § 2256(8), using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer.

18 U.S.C. § 2252A(a)(1)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to 18 U.S.C. § 2253, upon conviction of the offense set forth in this Indictment, in violation of 18 U.S.C. § 2252A, the defendant,

**ANTHONY MICHAEL MILEO,**

shall forfeit to the United States of America:

    a. Any visual depiction described in 18 U.S.C. § 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110;

    b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

    c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

2. If any of the property described above, as a result of any act or omission of the defendant,

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c), up to the value of the forfeitable property described above.

18 U.S.C. § 2253
21 U.S.C. § 853(p)
28 U.S.C. 2461(c)

_____
Robert K. Hur
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
_____
Foreperson

Date: January 22, 2020