IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES | * | |
| vs. | * | Case No.: PX-20-29 |
| ANTHONY MILEO | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO MODIFY CONDITIONS OF RELEASE

COMES NOW, the Defendant, Anthony Mileo, by and through his attorney, David W. Fischer, Esq., and respectfully requests that the Court modify the Defendant's conditions of release in this matter, and in support of said Motion states as follows:

1. The Defendant is scheduled to self-surrender to Jesup FCI in Jesup, Georgia on May 16, 2022 to begin his sentence.

2. The Defendant desires to leave his home on May 15, 2022 and drive to Georgia so that he may self-surrender as scheduled on May 16, 2022.

3. The Defendant desires to lodge at the Springhill Suites located in South Richmond, Georgia overnight on May 15, 2022.

5. **Assistant United States Attorney Timothy Hagan and PreTrial Services officer James Ridgway do not oppose the present request**.

WHEREFORE, the Defendant respectfully requests that the Court modify the conditions of release in this matter to allow the Defendant to leave his home on May 15, 2022 to travel to Georgia for his self-surrender to Jesup FCI on May 16, 2022.

                    /s/
David W. Fischer, Esq.
Federal Bar No. 023787
Law Offices of Fischer & Putzi, P.A.
Empire Towers, Suite 300
7310 Ritchie Highway
Glen Burnie, MD 21061
(410) 787-0826
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of April, 2022, a copy of the foregoing Motion to Modify Conditions of Release was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:        Office of the United States Attorney
                                                  6500 Cherrywood Lane
                                                    Suite 400
                                                    Greenbelt, MD 20770

                                                    /s/
                                          David W. Fischer, Esq.